UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Dakota Asset Services LLC as attorney-in-fact for
U.S. Bank National Association et al.

*Plaintiff*

v.

Glenda E. Nixon, Khalil Abdul Hakim, et al.

*Defendant*

Civil Action No. 19-cv-16126

AMENDED
**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Plaintiff,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Roosevelt Parent LLC is owned by Roosevelt Parent Feeder LLC, Roosevelt Senior Professional LLC, Roosevelt Delaware LLC and President Intermediate Holding Company, Inc.  Roosevelt Parent Feeder LLC is owned in part by Jeff Toll, an individual who is a citizen of the State of New Jersey, who resides in, and intends to continue to reside in ~~the Township of Livingston, County of Essex, State of New Jersey.  See Mr. Toll's Declaration attach~~ed hereto.

**OR**

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Michael F.J. Romano, Esquire
Signature of Attorney

52 Newton Avenue, PO Box 456
Address

Woodbury, NJ 08096
City/State/Zip

12/28/2020
Date

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAKOTA ASSET SERVICES LLC AS ATTORNEY-IN-FACT FOR U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLEY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT | CIVIL ACTION: 1:19-CV-16126 |
| Plaintiff, | |
| v. | DECLARATION UNDER 28 U.S.C. § 1746 |
| GLENDA E. NIXON, KHALIL ABDUL HAKIM and JANE & JOHN DOES 1 THROUGH 5. | |
| Defendants. | |

I, Jeffrey Toll, an adult individual residing in the State of New Jersey, do hereby declare the following:

1. Plaintiff Dakota Asset Service LLC is a Delaware limited liability company which is wholly owned by Rushmore Loan Management Services LLC.

2. Rushmore Loan Management Services LLC is a Delaware limited liability company which is wholly owned by Roosevelt Management Company LLC.

3. Roosevelt Management Company LLC is a Delaware limited liability company, which is wholly owned by Roosevelt Parent LLC.

4. Roosevelt Parent LLC is a Delaware limited liability company, which is owned by Roosevelt Parent Feeder LLC, Roosevelt Senior Professional LLC, Roosevelt Delaware LLC and President Intermediate Holding Company Inc.

5. Roosevelt Parent Feeder LLC is a Delaware limited liability company, in which I am a member and owner.

6. I am a citizen of the State of New Jersey.

7. My present physical address and main residence is ▇▇▇▇▇▇▇▇ Livingston, Essex County, New Jersey 07039. I have lived at this residence since April, 1996.

8. I have a valid driver's license issued in the State of New Jersey.

9. I am a registered voter in the State of New Jersey.

10. I pay real estate and personal income taxes in the State of New Jersey.

11. I intend to continue to live in the State of New Jersey indefinitely.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/23/2020

*/s/ Jeffrey Toll*

Jeffrey Toll